**Order entered July 23, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00203-CR

## EX PARTE KURNICUS HAYES

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX20-93394-T**

## ORDER

Before the Court is appellant's July 20, 2021 motion to recall warrant. The

motion is **DENIED**.

/s/     ERIN A. NOWELL
         JUSTICE